PEOPLE, Respondent, v. JOHN FEHELY, Appellant.

No. 1180; November 18, 1856.

**Trial—Refusal of Particular Instruction.**—Judgment will not be reversed for error in refusing a particular instruction, when the charge given embraced such instruction in substance.

APPEAL from Fifteenth Judicial District, Trinity County.

W. F. Wallace for respondent; J. C. Zabinkie for appellant.

HEYDENFELDT, J.—There is nothing in the exceptions taken by the appellant which warrants the reversal of the judgment. The second instruction asked for by the defendant might have been given as asked, but the very same in-

struction was given by the court in its subsequent charge to'
the jury, and almost in the words asked.  In such cases we
have always refused to reverse upon that ground.  The
charge of the court is full and explicit as to every point
which arose in the case, and is without legal objection.

Judgment affirmed.

,We concur: Murray, C. J.; Terry, J.